FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDY Y.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security,[2] <br><br> Defendant. | No. 1:23-cv-3176-EFS <br><br> **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 4**, is **GRANTED.**

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." See LCivR 5.2(c).

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Federal Rules of Civil Procedure 25(d) and 42 U.S.C. § 405(g), he is hereby substituted for Kilolo Kijakazi as the defendant.

2. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to develop the record as needed, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

3. The Clerk's Office shall enter **JUDGMENT** in favor of Plaintiff and **CLOSE** the case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of January 2024.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge